## THE STATE v. MYERS *et al.*

**Appeal: RECORD INSUFFICIENT FOR QUESTIONS RAISED.** Where the
transcript in a criminal case appealed to this court contains
neither the testimony nor the instructions, questions upon the
admission of testimony and the correctness of the instructions,
and as to whether the verdict is supported by the evidence cannot
be considered.

*Appeal from Polk District Court.*—HON. W. F.
CONRAD, Judge.

FILED, OCTOBER 8, 1890.

THE defendants were jointly charged, by indict-
ment, of the crime of nuisance, as defined in section
1543 of the Code. The defendant George Muggie was
separately tried, and a verdict of guilty, as charged,
returned. Defendant Muggie's motion for new trial
being overruled, judgment was pronounced upon the
verdict, from which he appeals.

*W. W. Phillips,* for appellant.

*John Y. Stone,* Attorney General, for the State.

GIVEN, J.—This case was submitted without argu-
ment, and upon a partial transcript which contains
neither the testimony nor instructions. It appears from
the transcript that a motion for new trial was sustained,
and the appeal is from conviction had upon the second
trial. It is difficult to determine from the transcript
which of the two motions for new trial was sustained,
and which overruled. This would be obviated if the
record entries were made to show before which judge
the proceeding recorded was had. An examination of
the dates of filing leads us to the conclusion that it
was the motion filed October 22, 1889, that was over-
ruled. This motion states, as grounds for new trial,

errors in permitting the state to introduce certain testimony ; that the court erred in each instruction given ; that the verdict is contrary to the evidence and instructions, and is not supported by the evidence. As neither the evidence nor instructions are included in the transcript, we cannot determine whether the court erred in overruling this motion or not ; and, as no other questions are presented in the transcript, the judgment of the district court is

AFFIRMED.